JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Linda J. Matthews
139 W. Richardson Avenue
Langhorne, PA 19057

## DEFENDANTS
Rare Hospitality International Inc., Darden Restaurants, Darden Restaurants of PA Merger Corp. d/b/a Longhorn Steakhouse #5160 and GMRI Inc.
1000 Darden Center Drive, Orlando, FL 32867

(b) County of Residence of First Listed Plaintiff: **Bucks**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
J. Davy Yockey, Flager & Yockey, P.C.
1210 Northbrook Drive, Suite 280
Trevose PA 19053

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities Employment
- [ ] 446 Amer. w/Disabilities Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332
Brief description of cause:
Slip and Fall Accident

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 01/10/2013
SIGNATURE OF ATTORNEY OF RECORD: */s/ J. Davy Yockey/*

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Linda Matthews | : | CIVIL ACTION |
| v. | : | |
| Rare Hospitality International Inc., et al. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( X )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )

1/10/13
**Date**

*[signature]*
**Attorney-at-law**

Plaintiffs
**Attorney for**

215 953-5200
**Telephone**

215-953-5214
**FAX Number**

DYOCKEY@FLAGERYOCKEY.COM
**E-Mail Address**

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 139 W. Richardson Avenue, Langhorne, PA 19047

Address of Defendant: 1000 Darden Center Drive, Orlando, FL 32867

Place of Accident, Incident or Transaction: Bensalem, PA
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))
Yes☐ No☐

Does this case involve multidistrict litigation possibilities?  Yes☐ No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____
Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?  Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) __Slip and Fall__

## ARBITRATION CERTIFICATION
(*Check Appropriate Category*)
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
              Attorney-at-Law         Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 1/10/13

_____
Attorney-at-Law

32815
Attorney I.D.#

CIV. 609 (5/2012)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA J. MATTHEWS<br>139 W. Richardson Avenue<br>Langhorne, PA 19047<br>                Plaintiff<br><br>v.<br><br>RARE HOSPITALITY INTERNATIONAL, INC.<br>f/n/a LONGHORN STEAKS, INC., d/b/a<br>LONGHORN STEAKHOUSE #5160<br>1000 Darden Center Drive<br>Orlando, FL 32867<br>    and<br>DARDEN RESTAURANTS d/b/a<br>LONGHORN STEAKHOUSE #5160<br>1000 Darden Center Drive<br>Orlando, FL 32867<br>    and<br>DARDEN RESTAURANTS OF PA<br>MERGER CORP. d/b/a LONGHORN<br>STEAKHOUSE #5160<br>1000 Darden Center Drive<br>Orlando, FL 32867<br>    and<br>GMRI, INC.<br>1000 Darden Center Drive<br>Orlando, FL 32867<br>               Defendants | **COMPLAINT AND**<br>**ARBITRATION DEMAND**<br><br>NO. |

Plaintiff, by and through her undersigned attorney, hereby brings the herein civil action for damages, and in support thereof avers as follows:

1. Plaintiff, Linda J. Matthews, is an adult individual residing at 139 W. Richardson Avenue, Langhorne, Pennsylvania and at all times material hereto is a citizen of the Commonwealth of Pennsylvania.

2. Defendant, Rare Hospitality International, Inc. f/n/a Longhorn Steaks, Inc., is a foreign corporation authorized to conduct business in the Commonwealth of Pennsylvania with a principal place of business located at 1000 Darden Center Drive, Orlando, Florida and at all times material hereto is the owner and/or operator of the Longhorn Steakhouse #5160 restaurant located at 100 Rockhill Drive, Bensalem, Pennsylvania and at all times relevant is a citizen of the State of Georgia.

3. Defendant, Darden Restaurants, is a foreign corporation authorized to conduct business in the Commonwealth of Pennsylvania with a principal place of business located at 1000 Darden Center Drive, Orlando, Florida and at all times material hereto is the owner and/or operator of the Longhorn Steakhouse #5160 restaurant located at 100 Rockhill Drive, Bensalem, Pennsylvania and at all times relevant is a citizen of the State of Delaware.

4. Defendant, Darden Restaurants of PA Merger Corp., is a foreign corporation authorized to conduct business in the Commonwealth of Pennsylvania with a principal place of business located at 1000 Darden Center Drive, Orlando, Florida and, at all times material hereto, is the owner and/or operator of the Longhorn Steakhouse #5160 restaurant located at 100 Rockhill Drive, Bensalem, Pennsylvania and at all times relevant is a citizen of the State of Delaware.

5. Defendant, GMRI, Inc. is a foreign corporation authorized to conduct business in the Commonwealth of Pennsylvania with a principal place of business located at 1000 Darden Center Drive, Orlando, Florida and, at all times material hereto, is the owner and/or operator of the Longhorn Steakhouse restaurant located at 100 Rockhill Drive, Bensalem, Pennsylvania and at all times relevant is a citizen of the State of Florida.

6. Jurisdiction over this action is based on 28 U.S.C. §1332, diversity of citizenship of the parties and the amount in controversy exceeds $75,000.00.

7. At all times relevant, Defendants, by and through their agents, servants, workmen and/or employees were responsible for the design, maintenance, supervision and control of the premises known as "Longhorn Steakhouse #5160", located at 100 Rockhill Drive, Bensalem, Pennsylvania (hereinafter referred to as "premises").

8. On or about January 16, 2011, Plaintiff, Linda J. Matthews, was a business invitee traversing the Defendants' premises when she was caused to fall due to a dangerous step down condition within the premises. As a result of the aforesaid incident, Plaintiff suffered serious and permanent injuries which are hereinafter described.

9. At all times relevant hereto, the Defendants, by through their agents, servants, workmen and/or employees, had actual notice of the dangerous condition of the premises recited in the paragraph above, or, in the alternative, had by their own acts and/or omissions, created the dangerous and defective condition complained of, and are therefore deemed to have actual notice of the same.

10. The negligence and carelessness of the Defendants consisted of but is not limited to the following:

    (a) failing to give Plaintiff proper and due notice of the dangerous condition existing on the premises under their care, supervision and maintenance;

    (b) negligently inspecting the premises for conditions which posed a danger to its business patrons;

    (c) failing to place warnings or adequate visual cues at the point of the incident to prevent the occurrence heretofore recited;

(d)   improper design and maintenance of the premises;

(e)   failing to provide adequate lighting;

(f)   failing to give Plaintiff proper and adequate protection to which she was entitled as a business invitee of the Defendants.

11. As a direct result of the aforesaid negligence and carelessness of the Defendants, Plaintiff sustained serious and painful injuries, including but not limited to: fractured wrist, injury to her back and damage to her bones, cells, muscles, tissues and nervous system, some or all of which may be permanent in nature.

12. As a further result, Plaintiff has been forced to expend various and diverse sums of money in an effort to treat and cure her injuries and ills and may be required to do so for an indefinite period of time into the future.

13. As a further result, Plaintiff has suffered in the past and may suffer in the future mental anguish, emotional suffering and other non-economic and economic losses.

14. As a further result, Plaintiff has suffered an interference with her usual duties, chores, life's pleasures and opportunities and may continue to suffer such interference in the future.

WHEREFORE, Plaintiff, LINDA J. MATTHEWS, demands judgment against ALL DEFENDANTS, jointly and severally, in an amount in excess of Seventy Five Thousand ($75,000.00) Dollars, plus interest, costs of suit and delay damages.

FLAGER & YOCKEY, P.C.

BY: _____
J. DAVY YOCKEY
Attorney for Plaintiff